IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN



 




NO. 3-91-191-CR




MARK SIMS,


 APPELLANT


vs.




THE STATE OF TEXAS,



 APPELLEE


 



FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT



NO. 911,031, HONORABLE JON N. WISSER, JUDGE



 





PER CURIAM


 This is an appeal from a conviction for possession of
cocaine. Punishment was assessed at confinement for 7 years,
probated.

 Appellant has filed a motion to withdraw the appeal. No
decision of this Court has been delivered. The motion is granted
and the appeal is dismissed. See Tex. R. App. P. Ann. 59(b)
(Pamph. 1990).



[Before Chief Justice Carroll, Justices Jones and B. A. Smith]

Dismissed On Appellant's Motion

Filed: July 24, 1991

[Do Not Publish]